OPINION — AG — ** COUNTY COMMISSIONERS — TAX RESALE ** THE BOARD OF COUNTY COMMISSIONERS OF A COUNTY IS `NOT' AUTHORIZED TO RESERVE TO THE COUNTY, IN A CONVEYANCE OF PROPERTY ACQUIRED BY THE COUNTY A TAX RESALE, ANY INTEREST IN OR TO THE MINERAL RIGHTS OF SUCH PROPERTY. (TITLE OF PROPERTY) CITE: 19 O.S. 1 [19-1], 62 O.S. 372 [62-372], 68 O.S. 432 [68-432](J), 68 O.S. 432 [68-432](F), 68 O.S. 432 [68-432] [68-432](D), 68 O.S. 432 [68-432](L), 62 O.S. 372 [62-372], 62 O.S. 373 [62-373] (JAMES C. HARKIN)